1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MECHANICAL CONTRACTORS
ASSOCIATION OF MEMPHIS, INC., et
al.,

　　　　　Movants,

　　　v.

MASON TILLMAN ASSOCIATES, LTD.,

　　　　　Respondent.

Case No.  19-mc-80226-SK

**ORDER TO SHOW CAUSE**

On June 12, 2020, the Court issued an order granting Movants' second motion to compel and awarding further sanctions against Respondent.  (Dkt. 29.)  The Court ordered that the parties file status reports regarding Respondent's progress toward compliance with both that order and the Court's previous order granting Movants' initial motion to compel and awarding sanctions.  (*Id.*)  Each party filed a status report on June 29, 2020.  (Dkts. 30, 31.)  The status reports present differing accounts of whether Respondent has fully complied with the Court's orders in this matter.  (*Id.*)

Accordingly, on June 30, 2020, the Court set a status conference for July 6, 2020.  (Dkt. 32.)  Counsel for Movants appeared at the status conference, but counsel for Respondent did not appear.  The Court therefore issues this ORDER TO SHOW CAUSE to Respondent for failure to appear at the July 6, 2020, status conference.  Counsel must submit a response explaining the nonappearance and why sanctions should not issue no later than July 13, 2020.

/ / /

/ / /

/ / /

The Court further ORDERS that both parties shall file a further status report, either jointly or separately, detailing the current state of Respondent's compliance no later than July 13, 2020. The Court SETS a further status conference for July 20, 2020, at 1:30 p.m.

**IT IS SO ORDERED**.

Dated: July 6, 2020

_____
SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California