UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MECHANICAL CONTRACTORS ASSOCIATION OF MEMPHIS, INC., et al.,<br><br>　　　　Movants,<br><br>　　v.<br><br>SHELBY COUNTY, TENNESSEE, et al.,<br><br>　　　　Respondents. | Case No. 19-mc-80226-SK<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

At the status conference held on August 17, 2020, the parties advised the Court that they have reached a settlement of this case, approval for which is still pending. The settlement is expected to be approved in September, or shortly thereafter. Therefore, **IT IS HEREBY ORDERED** that this cause of action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this Court, within ninety days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial. If no certification is filed, after passage of ninety days, the dismissal shall be **with** prejudice.

**IT IS SO ORDERED**.

Dated: August 17, 2020

_____
SALLIE KIM
United States Magistrate Judge